UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAZEL HONORE | * | CIVIL ACTION NO. 3:18-CV-00174 |
| | * | |
| | * | |
| VERSUS | * | JUDGE deGRAVELLES |
| | * | |
| | * | |
| UNISYS LTD PLAN, THE | * | MAGISTRATE JUDGE WILDER-DOOMES |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LOCAL RULE 16(c) JOINT NOTICE**

NOW INTO COURT, through their respective counsel, come the Plaintiff, Hazel Honore, and the Defendant, Hartford Life and Accident Insurance Company (referred to herein as "Defendant" or "Hartford"), who, in compliance with Rule 16(c) of the Uniform District Court Rules advises the Court that the parties have reached an amicable resolution in the above-referenced lawsuit.[1]

The parties intend to file a Motion to Dismiss With Prejudice and a Final Judgment of Dismissal With Prejudice. In light of current deadlines as set forth in this Honorable Court's Amended ERISA Case Order (Rec. Doc. No. 5), the parties are providing this Joint Notice.

The parties further request that a conditional dismissal order be issued allowing the parties time to complete resolution and to submit a Motion and Judgment of Dismissal With Prejudice.

---

[1] "Unisys LTD Plan" has been named as a nominal defendant only and has not made an appearance.

Respectfully submitted:

s/Jill L. Craft
Jill L. Craft, T.A., #20922
E-mail: Email: jcraft@craftlaw.net
W. Brett Conrad, Jr. #37639
Email: bconrad@craftlaw.net
Jill L. Craft, LLC
330 Government Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Fax: (225) 663-2613
Attorneys for Plaintiff

s/Joel P. Babineaux
Joel P. Babineaux (LA #21455) (T.A.)
Email: jbabineaux@bpasfirm.com
Karen T. Bordelon (LA #20114)
Email: kbordelon@bpasfirm.com
Attorneys for Hartford Life and Accident Insurance Company
Babineaux, Poche', Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA 70505
Phone: (337) 984-2505
Fax: (337) 984-2503

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jill L. Craft and William Brett Conrad, Jr.

s/Joel P. Babineaux
Joel P. Babineaux (LA #21455) (T.A.)
Email: jbabineaux@bpasfirm.com
Karen T. Bordelon (LA #20114)
Email: kbordelon@bpasfirm.com
Attorneys for Hartford Life and Accident Insurance Company
Babineaux, Poche', Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA 70505
Phone: (337) 984-2505
Fax: (337) 984-2503