UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAZEL HONORE | * | CIVIL ACTION NO. 3:18-CV-00174 |
| | * | |
| | * | |
| VERSUS | * | JUDGE deGRAVELLES |
| | * | |
| | * | |
| UNISYS LTD PLAN, THE | * | MAGISTRATE JUDGE WILDER-DOOMES |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Hazel Honore ("Plaintiff"), who submits this Unopposed Motion to Dismiss With Prejudice and with respect, represents as follows:

1.

Plaintiff respectfully requests that all of the claims against Hartford Life and Accident Insurance Company ("Defendant") in the above-captioned lawsuit be dismissed, with prejudice, with each party to bear their own respective court costs, fees and expenses.

2.

Counsel for Plaintiff has discussed with counsel for Defendant this matter and the subject of this Motion and the Final Judgment of Dismissal With Prejudice submitted herewith and he has expressed no objection to same and that he consents to the granting and issuance of same.

WHEREFORE, premises considered, Plaintiff respectfully requests the relief prayed for herein.

Respectfully submitted,

JILL L. CRAFT, LLC

BY:   s/William Brett Conrad, Jr.
      William Brett Conrad , Jr., LA #37639
      Email: bconrad@craftlaw.net
      Jill L. Craft, LA #20922
      E-mail: Email: jcraft@craftlaw.net
      330 Government Street
      Baton Rouge, LA 70802
      Phone 225-663-2612
      Fax: 225-663-2613
      ATTORNEYS FOR PLAINTIFF,
      HAZEL HONORE

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has this date been served upon all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | Certified Mail | ( X ) | E-mail |

Baton Rouge, Louisiana, this 10th day of August, 2018.

                              s/William Brett Conrad, Jr.
                              ATTORNEY