UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAZEL HONORE | * | CIVIL ACTION NO. 3:18-CV-00174 |
| | * | |
| | * | |
| VERSUS | * | JUDGE deGRAVELLES |
| | * | |
| | * | |
| UNISYS LTD PLAN, THE | * | MAGISTRATE JUDGE WILDER-DOOMES |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Hazel Honore therein against Hartford Life and Accident Insurance Company be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Hazel Honore and Hartford Life and Accident Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __13th__ day of __August__, 2018 in __Baton Rouge__, Louisiana.

_____
UNITED STATES DISTRICT JUDGE